IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:94CR103-MU

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | |
| ) | ORDER |
| LARRY DEAN DUTTON, ) | |
| ) | |
| Defendant. ) | |

This matter is before the court upon the *pro se* defendant's "Nunc Pro Tunc Motion for Modification or Reduction of 235 Month Term of Imprisonment." This defendant's conviction and sentence were affirmed on direct review in the Fourth Circuit Court of Appeals and on collateral review before this court and on appeal at the Fourth Circuit. The defendant previously filed a motion for modification or reduction of his sentence which was denied by this court on September 29, 2005, and affirmed by the Fourth Circuit in March of 2006. The present motion is yet another attempt by the defendant to get a reduction in his sentence. The motion is denied.

IT IS SO ORDERED.

Signed: October 29, 2007

Graham C. Mullen
United States District Judge