IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:94-CR-103

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| LARRY DEAN DUTTON | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** upon defendant's Letter Motion for Early Termination from Supervised Release [doc. #73] filed on September 1, 2016. For cause shown, the motion is **GRANTED** effective the date of the signing of this Order.

**IT IS SO ORDERED.**

Signed: September 1, 2016

Graham C. Mullen
United States District Judge